UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL MUSTARI and ROY HICKSTEIN )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UPRIGHT, INC., a foreign corporation, )<br>UPRIGHT SCAFFOLDING INC., a foreign )<br>Corporation, and UI DISTRIBUTION NORTH )<br>AMERICA, INC., a foreign corporation )<br>)<br>Defendants. ) | Case No. 1:06-cv-02667<br><br>Honorable John A. Nordberg<br>Magistrate Judge Denlow |

### AFFIDAVIT OF CRAIG A. LIVINGSTON
### PURSUANT TO 735 ILCS 5/2-621

1. I, Craig A. Livingston, am an attorney at law, duly licensed to practice before all courts of the State of California, and have been admitted to practice before this honorable court *pro hac vice* as counsel of record herein for defendant UI Distribution North America, Inc. The facts stated herein are based on my own personal knowledge, except as to those matters stated on information and belief. As to those matters, I am informed and believe that they are true. I make this affidavit pursuant to 735 ILCS 5/2-621.

2. This action arises out of an accident involving an aluminum scaffold product which was allegedly being used by plaintiffs at the time of their respective injuries. Counsel for plaintiffs have provided me with a number of photographs which were purported to depict the scaffold involved in plaintiffs' accident. To date, I have not been given access to the subject scaffold for an in-person inspection, nor has my client been given such access. As a result, the only information currently available to me with which to identify the manufacturer of the subject scaffold is that contained in the photographs.

3. I am informed and believe, and on that basis state, that the subject scaffold – as depicted in the photographs provided by plaintiffs' counsel – was manufactured in the mid to late 1960s by UpRight, Inc., a California corporation, which was then located in Berkeley, California.

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to those matters stated on information and belief, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on September 28, 2006, at Walnut Creek, California.

By: _____
Craig A. Livingston

Subscribed and Sworn before me
this 28th th day of September, 2006.

_____
Notary Public

2